FILED

JUN 18 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS OLACHEA,<br><br>Defendant. | Case No.: 15CR1556-MMA<br><br>**ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE**<br><br>[Doc. No. 15] |

Upon motion of the United States of America and good cause appearing,

**IT IS HEREBY ORDERED** that the Information in the above-entitled case be dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: 6/18/2015

_____
HON. MICHAEL M. ANELLO
United States District Judge